**UNITED STATES of America,**
**Appellee,**

v.

**Stephan Troy ANDERSON, Appellant.**

No. 05–3777.

United States Court of Appeals,
Eighth Circuit.

Submitted: Jan. 5, 2007.

Filed: Jan. 11, 2007.

---

1. The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.

Christopher Cory Myers, U.S. Attorney's Office, Fargo, ND, for Appellee.

Stephen Troy Anderson, Duluth, MN, pro se.

Russell J. Myhre, Valley City, ND, for Appellant.

Before RILEY, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Stephan Troy Anderson appeals the sentence the district court[1] imposed after he pleaded guilty to a drug conspiracy. In a brief filed under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), his counsel raises the contention that the charge should be dismissed because Anderson was the only person named in the information charging a conspiracy with persons both known and unknown, and one cannot conspire with oneself.

We enforce the broad appeal waiver included in Anderson's plea agreement: the plea colloquy reflects that Anderson understood and voluntarily accepted the terms of the plea agreement, including the waiver; this appeal falls within the scope of the waiver; and no injustice would result. *See United States v. Andis,* 333 F.3d 886, 889–92 (8th Cir.2003) (en banc) (discussing enforceability of appeal waiver); *see also United States v. Estrada–Bahena,* 201 F.3d 1070, 1071 (8th Cir.2000) (per curiam) (enforcing appeal waiver in *Anders* case).

Accordingly, we dismiss the appeal. We grant counsel's motion to withdraw.

---

1. The Honorable Ralph R. Erickson, United States District Judge for the District of North Dakota.